UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TAMMIE R. P.

              Plaintiff,

        -v-                  3:24-CV-1059

FRANK J. BISIGNANO,
Commissioner of Social Security,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                 OF COUNSEL:

HILLER COMERFORD INJURY     JUSTIN M. GOLDSTEIN, ESQ.
   & DISABILITY LAW
Attorneys for Plaintiff
6000 North Bailey Avenue,
Suite 1a
Amherst, NY 14426


SOCIAL SECURITY            HUGH DUN RAPPAPORT, ESQ.
   ADMINISTRATION
Attorneys for Defendant
6401 Security Boulevard
Baltimore, MD 21235

DAVID N. HURD
United States District Judge

**ORDER ON REPORT & RECOMMENDATION**

On August 28, 2025, plaintiff Tammie R. P.[1] ("plaintiff") filed this civil

action pursuant to 42 U.S.C. § 405(g) of the Social Security Act (the "Act")

seeking judicial review of a final decision by the Commissioner of Social

Security ("Commissioner") denying her application for Supplemental Security

Income ("SSI") benefits.  Dkt. No. 1.  Plaintiff also filed for leave to proceed *in*

*forma pauperis* ("IFP Application"), which was granted.  Dkt. No. 3, 7.

Because plaintiff did not consent to the jurisdiction of a United States

Magistrate Judge, Dkt. No. 4, the matter was referred to U.S. Magistrate

Judge Mitchell J. Katz for a Report & Recommendation ("R&R").  Dkt. No. 5.

On November 14, 2024, the Commissioner filed a certified copy of the

Administrative Record, Dkt. No. 8, and the parties proceeded to brief the

matter in accordance with General Order 18, which provides that a district

court appeal from the Commissioner's administrative denial of benefits be

treated as if the parties have filed cross-motions for judgment on the

pleadings, Dkt. No. 5.  Each party has since filed briefs, which are construed

here as motions for judgment on the pleadings.  Dkt. Nos. 13, 19.

On August 26, 2025, Judge Mitchell Katz advised by R&R that the

Commissioner's decision be affirmed, that defendant's motion be granted, and

---

[1]  In accordance with a May 1, 2018 memorandum issued by the Judicial Conference's
Committee on Court Administration and Case Management and adopted as local practice in this
District, only claimant's first name and last initial will be mentioned in this opinion.

that plaintiff's motion be denied.  Dkt. No. 21.  Neither party has lodged

objections to the R&R, and the time to do so has passed.  *See id.*

Upon review for clear error, Judge Katz's R&R will be adopted in all

respects.  *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1.  The Report & Recommendation is ACCEPTED;

2.  The Commissioner's motion is GRANTED;

3.  Plaintiff's motion is DENIED; and

4.  The Commissioner's final decision is AFFIRMED.

The Clerk of the Court is directed to terminate the pending motion, enter

a judgment accordingly, and close the file.

IT IS SO ORDERED.

David N. Hurd
U.S. District Judge

Dated:  September 23, 2025
        Utica, New York.